# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

Bar Biton, individually and on behalf of all others similarly situated;

Plaintiff,

v.

Experian Information Solutions, Inc., Porsche Financial Services, Inc., John Does 1-25.

Defendants.

Case No.:  CV 20-4147 MWF (PJWx)

**ORDER FOR DISMISSAL WITH PREJUDICE ONLY AS TO DEFENDANT PORSCHE FINANCIAL SERVICES INC.**

THE COURT having reviewed the Parties' Stipulation for Dismissal With Prejudice (Docket No. 17), and being fully advised in the premises, ORDERS Defendant Porsche Financial Services, Inc. dismissed with prejudice.  Each party shall bear their respective costs and fees.

Dated:  July 15, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge